UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

AMY LIMOLI,

              Plaintiff,

      v.

DELTA AIRLINES, INC. AND
MYKAL DENT,

              Defendants.

C.A. No. 1:18-cv-10561

---

## DECLARATION OF LORENZO R. CABANTOG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, LORENZO R. CABANTOG, ESQ., hereby declare under the pains and penalties of perjury that the following is true and correct:

1.      I am counsel for the Defendants, Delta Airlines, Inc. ("Delta") and Mykal Dent (collectively, "Defendants"), in the above-captioned action.  I make this declaration in support of Defendants' Motion for Summary Judgment.

2.      Annexed hereto as Exhibit A is a true and accurate copy of Plaintiff's New Hire Information, dated March 21, 2001, which Delta produced during discovery and is Bates-labeled DELTA_00001898.

3.      Annexed hereto as Exhibit B is a true and accurate of excerpts from the deposition of Plaintiff Amy Limoli, taken April 26, 2019.

4.      Annexed hereto as Exhibit C is a true and accurate copy execerpts of Plaintiff's Answers to Defendants' First Set of Interrogatories, dated November 8, 2018.

5. Annexed hereto as Exhibit D is a true and accurate copy of Plaintiff's Employee Attendance Reports and Individual Benefit Reports, which Delta produced during discovery and is Bates-labeled DELTA_00001818-1839.

6. Annexed hereto as Exhibit E is a true and accurate copy of Plaintiff's Written Coaching, dated July 28, 2013, which Plaintiff produced during discovery and is Bates-labeled LIMOLI000008.

7. Annexed hereto as Exhibit F is a true and accurate copy of Plaintiff's Written Coaching, dated August 16, 2014, which Plaintiff produced during discovery and is Bates-labeled LIMOLI000013.

8. Annexed hereto as Exhibit G is a true and accurate copy of Plaintiff's Performance Profile, which Delta produced during discovery and is Bates-labeled DELTA_00002028.

9. Annexed hereto as Exhibit H is a true and accurate copy of documents relating to Plaintiff's Written Coaching regarding Plaintiff allowing a passenger to travel inappropriately without the proper documentation, which Plaintiff produced during discovery and is Bates-labeled LIMOLI000010 and Delta produced during discovery and is Bates-labeled DELTA_00003141-3142.

10. Annexed hereto as Exhibit I is a true and accurate copy of an email from Kim Dunn to Michael Morrison, dated March 31, 2017, which Delta produced during discovery and is Bates-labeled DELTA_00000094.

11. Annexed hereto as Exhibit J is a true and accurate copy of Plaintiff's appeal of her termination, dated May 8, 2017, which Delta produced during discovery and is Bates-labeled DELTA0000017.

12.     Annexed hereto as Exhibit K is a true and accurate copy of an email chain between Michael Morrison, Gabriella Spagnolo, and Mykal Dent regarding Plaintiff's termination, dated April 19, 2017, which Delta produced during discovery and is Bates-labeled DELTA_00000015-16.

13.     Annexed hereto as Exhibit L is a true and accurate copy of a letter from Brian B. San Souel to Plaintiff denying her termination appeal, dated June 20, 2017, which Delta produced during discovery and is Bates-labeled DELTA_0000025.

14.     Annexed hereto as Exhibit M is a true and accurate copy of an email from Mykal Dent to Eve Rogers, dated March 31, 2017, which Delta produced during discovery and is Bates-labeled DELTA_0000060.

Subscribed to and sworn under the penalties of perjury this 20th day of June, 2019.

_____
Lorenzo R. Cabantog

38989424.1