UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMY LIMOLI, | ) | Civil Action No.: 1:18-cv-10561 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| DELTA AIRLINES, INC. AND | ) | |
| MYKAL DENT | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### DECLARATION OF ROBERT S. SINSHEIMER

I, Robert Sinsheimer, depose and on my oath do swear:

1. I am counsel to the Plaintiff and a member of the Bar of the United States District Court for the District of Massachusetts

2. Attached hereto as Exhibit 1 is the "mini script" of the entire deposition of Ms. Limoli. I believe that submission of the entire transcript is fair to put individual answers in context.

3. The statement of facts in the Memorandum of Law submitted herewith is drawn primarily from this document.

4. Of particular significance is Ms. Limoli's discussion of Exhibit 12, which is also attached to Plaintiff's Statement of Undisputed Facts in Opposition to Defendants' Motion for Summary Judgment as Exhibit A.

Respectfully submitted UNDER PAINS AND PENALTIES OF PERJURY:

> PLAINTIFF,
> Amy Limoli
>
> By and through her attorney:
>
>
> */s/ Robert S. Sinsheimer*_____
> Robert S. Sinsheimer, BBO No. 464940
> SINSHEIMER & ASSOCIATES
> 92 State Street, 9th Floor
> Boston, MA 02109
> Tel: (617) 722-9954
> Fax: (617) 722-9950
> rsinsheimer@sinsheimerlaw.com

Date:   July 8, 2019

## CERTIFICATE OF SERVICE

I, Robert S. Sinsheimer, counsel for Plaintiff Amy Limoli, hereby certify that a true and accurate copy of the foregoing Declaration of Robert S. Sinsheimer, filed through the Court's ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on July 8, 2019.

> */s/ Robert S. Sinsheimer*_____
> Robert S. Sinsheimer